## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Gail  M.  Cooper                                      CHAPTER 13

                 Debtor(s)

                                                 BKY. NO. 26-22022 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PennyMac Loan Services, LLC and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
03 Aug 2026, 15:57:30, EDT

Matthew Fissel, Esq. (314567)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com