**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 26-22022-GLT** |
| | : | |
| **Gail M. Cooper,** | : | **CHAPTER 13** |
| **Debtor** | : | |
| | : | |

**PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)**

**DATES OF ENCLOSED PAYMENT ADVICES:**

**Paragonix Technologies, Inc.:**

**June 5, 2026 – July 17, 2026**
**Preferred Home Health Care:**

**July 2, 2026 – July 16, 2026**

**Next Payment Advice Expected (post-filing):**

**Paragonix Technologies, Inc.:**

**July 31, 2026**
**Preferred Home Health Care:**

**July 23, 2026**

C.C. COOPER, GAIL

**#728704 - Gail Cooper** **Voucher #(496428)** **Pay Date: 06/05/2026**
**Paragonix Te/2700000012** **Pay Period: 05/24/2026-06/06/2026**

**Earnings**

| | Current | YTD | |
|---|---|---|---|
| GTL | 14.86 | 162.62 | 1 |
| LTD | 8.61 | 94.41 | |
| REG | 3,634.81 | 40,572.37 | |
| RETRO | | 137.50 | |
| SPIFF | | 1,935.00 | |
| **Gross Pay** | **3,658.28** | **42,901.90** | |

**Deductions**

| | Current | YTD | |
|---|---|---|---|
| 401K | 181.74 | 1,550.67 | 2 |
| DENT | 9.56 | 105.16 | 3 |
| MED | 90.41 | 994.51 | 3 |
| TDI | 8.61 | 94.41 | |
| VIS | 1.29 | 14.19 | 3 |
| **Total** | **291.61** | **2,758.94** | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,375.28 | 40,237.37 | 415.52 | 5,096.93 |
| FICA | 3,557.02 | 41,788.04 | 220.54 | 2,590.86 |
| MEDI | 3,557.02 | 41,788.04 | 51.58 | 605.93 |
| SIT:PA | 3,557.02 | 41,788.04 | 109.20 | 1,282.87 |
| SUI:PA | 3,658.28 | 42,901.90 | 2.56 | 30.03 |
| Hopewell, | 3,557.02 | 34,085.68 | 35.57 | 340.86 |
| Hopewell, | 3,557.02 | 32,828.34 | 1.93 | 20.72 |
| North Faye | | 7,702.36 | | 77.02 |
| North Faye | | 7,702.36 | | 13.00 |
| **Total** | | | **836.90** | **10,058.22** |

**Net Pay** **2,529.77** **30,084.74**

| | Current | YTD |
|---|---|---|
| Non Cash Fringe Benefit | 14.86 | 162.62 |
| Gail Cooper (8052) | 300.00 | 4,200.00 |
| Gail Cooper (1006) | 2,214.91 | 25,722.12 |

**Company Paid Benefits** 4

| | Current | YTD | |
|---|---|---|---|
| 401K | 181.74 | 1,550.67 | 2 |
| FUTA | | 42.00 | |
| FICA | 220.54 | 2,590.86 | |
| MEDI | 51.58 | 605.93 | |
| SUTA:PA | | 382.00 | |
| **Total** | **453.86** | **5,171.46** | |

**Accruals**

| | | Accrued | Taken | Bal. | Sch. | Accrue Rate |
|---|---|---|---|---|---|---|
| PFT | Hrs: | 0.00 | 8.00 | -8.00 | 0.00 | 0/Yearly |
| PTO Carryov | Hrs: | 0.00 | 0.00 | 0.00 | 0.00 | 0/Monthly |

**Information & Announcements**

In accordance with CA and AZ state law, you are informed that you have no fewer than 3 sick days available to you which is included in your PTO.

**Tax Allowance Settings**

Federal: Single/Married Filing Sep.
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00

Pennsylvania: Allowances: 0

Paragonix Technologies Inc. 950 Winter Street, Waltham, MA 02451 1 of 2

**Paragonix Technologies Inc.**
950 Winter Street
Waltham, MA 02451

| | |
|---|---|
| **Pay Date:** | **06/05/2026** |
| **Voucher #:** | **(496428)** |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Gail Cooper | 1 | Checking | X [redacted] | | 300.00 |
| | 2 | Checking | XX | | 2,214.91 |
| | | | | | 2,514.91 |

Paragonix Te/2700000012 728704 06/05/2026 (496428)

**Gail Cooper**
1049 Temple Road
Monaca, PA 15061

**Non-Negotiable - This Is Not A Check**

**#728704 - Gail Cooper** **Voucher #(505691)** **Pay Date: 06/18/2026**
**Paragonix Te/2700000012** **Pay Period: 06/07/2026-06/20/2026**

**Earnings**

| | Current | YTD | |
|---|---|---|---|
| GTL | 14.86 | 177.48 | 1 |
| LTD | 8.61 | 103.02 | |
| REG | 3,634.81 | 44,207.18 | |
| RETRO | | 137.50 | |
| SPIFF | | 1,935.00 | |
| **Gross Pay** | **3,658.28** | **46,560.18** | |

**Deductions**

| | Current | YTD | |
|---|---|---|---|
| 401K | 181.74 | 1,732.41 | 2 |
| DENT | 9.56 | 114.72 | 3 |
| MED | 90.41 | 1,084.92 | 3 |
| TDI | 8.61 | 103.02 | |
| VIS | 1.29 | 15.48 | 3 |
| **Total** | **291.61** | **3,050.55** | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,375.28 | 43,612.65 | 415.52 | 5,512.45 |
| FICA | 3,557.02 | 45,345.06 | 220.53 | 2,811.39 |
| MEDI | 3,557.02 | 45,345.06 | 51.57 | 657.50 |
| SIT:PA | 3,557.02 | 45,345.06 | 109.20 | 1,392.07 |
| SUI:PA | 3,658.28 | 46,560.18 | 2.56 | 32.59 |
| Hopewell, | 3,557.02 | 37,642.70 | 35.57 | 376.43 |
| Hopewell, | 3,557.02 | 36,385.36 | 1.93 | 22.65 |
| North Faye | | 7,702.36 | | 77.02 |
| North Faye | | 7,702.36 | | 13.00 |
| **Total** | | | **836.88** | **10,895.10** |

| **Net Pay** | **2,529.79** | **32,614.53** |
|---|---|---|
| Non Cash Fringe Benefit | 14.86 | 177.48 |
| Gail Cooper (8052) | 300.00 | 4,500.00 |
| Gail Cooper (1006) | 2,214.93 | 27,937.05 |

**Company Paid Benefits** 4

| | Current | YTD | |
|---|---|---|---|
| 401K | 181.74 | 1,732.41 | 2 |
| FUTA | | 42.00 | |
| FICA | 220.53 | 2,811.39 | |
| MEDI | 51.57 | 657.50 | |
| SUTA:PA | | 382.00 | |
| **Total** | **453.84** | **5,625.30** | |

**Accruals**

| | | Accrued | Taken | Bal. | Sch. | Accrue Rate |
|---|---|---|---|---|---|---|
| PFT | Hrs: | 0.00 | 8.00 | -8.00 | 0.00 | 0/Yearly |
| PTO Carryov | Hrs: | 0.00 | 0.00 | 0.00 | 0.00 | 0/Monthly |

**Information & Announcements**

In accordance with CA and AZ state law, you are informed that you have no fewer than 3 sick days available to you which is included in your PTO.

**Tax Allowance Settings**

Federal: Single/Married Filing Sep.
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00
Pennsylvania: Allowances: 0

Paragonix Technologies Inc. 950 Winter Street, Waltham, MA 02451 1 of 2

**Paragonix Technologies Inc.**
950 Winter Street
Waltham, MA 02451

| **Pay Date:** | **06/18/2026** |
|---|---|
| **Voucher #:** | **(505691)** |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Gail Cooper | 1 | Checking | XX | | 300.00 |
| | 2 | Checking | XX | ( | 2,214.93 |
| | | | | | 2,514.93 |

Paragonix Te/2700000012 728704 06/18/2026 (505691)

**Gail Cooper**
1049 Temple Road
Monaca, PA 15061

**Non-Negotiable - This Is Not A Check**

**#728704 - Gail Cooper** **Voucher #(507498)** **Pay Date: 07/02/2026**
**Paragonix Te/2700000012** **Pay Period: 06/21/2026-07/04/2026**

**Earnings**

| | Current | YTD |
|---|---|---|
| GTL | | 192.34 [1] |
| LTD | | 111.63 |
| REG | | 47,841.99 |
| RETRO | | 137.50 |
| SPIFF | 645.00 | 2,580.00 |
| **Gross Pay** | **645.00** | **50,863.46** |

**Deductions**

| | Current | YTD |
|---|---|---|
| 401K | 32.25 | 1,946.40 [2] |
| DENT | | 124.28 [3] |
| MED | | 1,175.33 [3] |
| TDI | | 111.63 |
| VIS | | 16.77 [3] |
| **Total** | **32.25** | **3,374.41** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 612.75 | 47,600.68 | 134.81 | 6,064.71 |
| FICA | 645.00 | 49,547.08 | 39.99 | 3,071.92 |
| MEDI | 645.00 | 49,547.08 | 9.35 | 718.43 |
| SIT:PA | 645.00 | 49,547.08 | 19.80 | 1,521.07 |
| SUI:PA | 645.00 | 50,863.46 | 0.45 | 35.60 |
| Hopewell, | 645.00 | 41,844.72 | 6.45 | 418.45 |
| Hopewell, | 645.00 | 39,959.79 | | 22.65 |
| North Faye | | 7,702.36 | | 77.02 |
| North Faye | | 7,702.36 | | 13.00 |
| **Total** | | | **210.85** | **11,942.85** |

| **Net Pay** | **401.90** | **35,546.20** |
|---|---|---|
| Non Cash Fringe Benefit | 0.00 | 192.34 |
| Gail Cooper (8052) | 300.00 | 5,100.00 |
| Gail Cooper (1006) | 101.90 | 30,253.86 |

**Company Paid Benefits** [4]

| | Current | YTD |
|---|---|---|
| 401K | 32.25 | 1,946.40 [2] |
| FUTA | | 42.00 |
| FICA | 39.99 | 3,071.92 |
| MEDI | 9.35 | 718.43 |
| SUTA:PA | | 382.00 |
| **Total** | **81.59** | **6,160.75** |

**Accruals**

| | | Accrued | Taken | Bal. | Sch. | Accrue Rate |
|---|---|---|---|---|---|---|
| PFT | Hrs: | 0.00 | 8.00 | -8.00 | 0.00 | 0/Yearly |
| PTO Carryov | Hrs: | 0.00 | 0.00 | 0.00 | 0.00 | 0/Monthly |

**Information & Announcements**

In accordance with CA and AZ state law, you are informed that you have no fewer than 3 sick days available to you which is included in your PTO.

**Tax Allowance Settings**

Federal: Single/Married Filing Sep.
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00
Pennsylvania: Allowances: 0

Paragonix Technologies Inc. 950 Winter Street, Waltham, MA 02451 1 of 2

**Paragonix Technologies Inc.**
950 Winter Street
Waltham, MA 02451

| **Pay Date:** | **07/02/2026** |
|---|---|
| **Voucher #:** | **(507498)** |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Gail Cooper | 1 | Checking | X | | 300.00 |
| | 2 | Checking | | 0 | 101.90 |
| | | | | | 401.90 |

Paragonix Te/2700000012 728704 07/02/2026 (507498)

**Gail Cooper**
1049 Temple Road
Monaca, PA 15061

**Non-Negotiable - This Is Not A Check**

**#728704 - Gail Cooper** **Voucher #(507497)** **Pay Date: 07/02/2026**
**Paragonix Te/2700000012** **Pay Period: 06/21/2026-07/04/2026**

**Earnings**

| | Current | YTD |
|---|---|---|
| GTL | 14.86 | 192.34 [1] |
| LTD | 8.61 | 111.63 |
| REG | 3,634.81 | 47,841.99 |
| RETRO | | 137.50 |
| SPIFF | | 1,935.00 |
| **Gross Pay** | **3,658.28** | **50,218.46** |

**Deductions**

| | Current | YTD |
|---|---|---|
| 401K | 181.74 | 1,914.15 [2] |
| DENT | 9.56 | 124.28 [3] |
| MED | 90.41 | 1,175.33 [3] |
| TDI | 8.61 | 111.63 |
| VIS | 1.29 | 16.77 [3] |
| **Total** | **291.61** | **3,342.16** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,375.28 | 46,987.93 | 415.52 | 5,929.90 |
| FICA | 3,557.02 | 48,902.08 | 220.54 | 3,031.93 |
| MEDI | 3,557.02 | 48,902.08 | 51.58 | 709.08 |
| SIT:PA | 3,557.02 | 48,902.08 | 109.20 | 1,501.27 |
| SUI:PA | 3,658.28 | 50,218.46 | 2.56 | 35.15 |
| Hopewell, | 3,557.02 | 41,199.72 | 35.57 | 412.00 |
| Hopewell, | 3,557.02 | 39,314.79 | 1.93 | 22.65 |
| North Faye | | 7,702.36 | | 77.02 |
| North Faye | | 7,702.36 | | 13.00 |
| **Total** | | | **836.90** | **11,732.00** |

**Net Pay**

| | Current | YTD |
|---|---|---|
| **Net Pay** | **2,529.77** | **35,144.30** |
| Non Cash Fringe Benefit | 14.86 | 192.34 |
| Gail Cooper (8052) | 300.00 | 4,800.00 |
| Gail Cooper (1006) | 2,214.91 | 30,151.96 |

**Company Paid Benefits** [4]

| | Current | YTD |
|---|---|---|
| 401K | 181.74 | 1,914.15 [2] |
| FUTA | | 42.00 |
| FICA | 220.54 | 3,031.93 |
| MEDI | 51.58 | 709.08 |
| SUTA:PA | | 382.00 |
| **Total** | **453.86** | **6,079.16** |

**Accruals**

| | | Accrued | Taken | Bal. | Sch. | Accrue Rate |
|---|---|---|---|---|---|---|
| PFT | Hrs: | 0.00 | 8.00 | -8.00 | 0.00 | 0/Yearly |
| PTO Carryov | Hrs: | 0.00 | 0.00 | 0.00 | 0.00 | 0/Monthly |

**Information & Announcements**

In accordance with CA and AZ state law, you are informed that you have no fewer than 3 sick days available to you which is included in your PTO.

**Tax Allowance Settings**

Federal: Single/Married Filing Sep.
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00
Pennsylvania: Allowances: 0

Paragonix Technologies Inc. 950 Winter Street, Waltham, MA 02451 1 of 2

**Paragonix Technologies Inc.**
950 Winter Street
Waltham, MA 02451

| | |
|---|---|
| **Pay Date:** | **07/02/2026** |
| **Voucher #:** | **(507497)** |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Gail Cooper | 1 | Checking | XX | | 300.00 |
| | 2 | Checking | XX | | 2,214.91 |
| | | | | | 2,514.91 |

Paragonix Te/2700000012 728704 07/02/2026 (507497)

**Gail Cooper**
1049 Temple Road
Monaca, PA 15061

**Non-Negotiable - This Is Not A Check**

**#728704 - Gail Cooper** **Voucher #(510937)** **Pay Date: 07/17/2026**
**Paragonix Te/2700000012** **Pay Period: 07/05/2026-07/18/2026**

**Earnings**

| | Current | YTD |
|---|---|---|
| GTL | 14.86 | 207.20 [1] |
| LTD | 8.61 | 120.24 |
| REG | 3,634.81 | 51,476.80 |
| RETRO | | 137.50 |
| SPIFF | | 2,580.00 |
| **Gross Pay** | **3,658.28** | **54,521.74** |

**Deductions**

| | Current | YTD |
|---|---|---|
| 401K | 181.74 | 2,128.14 [2] |
| DENT | 9.56 | 133.84 [3] |
| MED | 90.41 | 1,265.74 [3] |
| TDI | 8.61 | 120.24 |
| VIS | 1.29 | 18.06 [3] |
| **Total** | **291.61** | **3,666.02** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 3,375.28 | 50,975.96 | 415.52 | 6,480.23 |
| FICA | 3,557.02 | 53,104.10 | 220.53 | 3,292.45 |
| MEDI | 3,557.02 | 53,104.10 | 51.58 | 770.01 |
| SIT:PA | 3,557.02 | 53,104.10 | 109.20 | 1,630.27 |
| SUI:PA | 3,658.28 | 54,521.74 | 2.56 | 38.16 |
| Hopewell, | 3,557.02 | 45,401.74 | 35.57 | 454.02 |
| Hopewell, | 3,557.02 | 43,516.81 | 1.93 | 24.58 |
| North Faye | | 7,702.36 | | 77.02 |
| North Faye | | 7,702.36 | | 13.00 |
| **Total** | | | **836.89** | **12,779.74** |

| **Net Pay** | **2,529.78** | **38,075.98** |
|---|---|---|
| Non Cash Fringe Benefit | 14.86 | 207.20 |
| Gail Cooper (8052) | 300.00 | 5,400.00 |
| Gail Cooper (1006) | 2,214.92 | 32,468.78 |

**Company Paid Benefits** [4]

| | Current | YTD |
|---|---|---|
| 401K | 181.74 | 2,128.14 [2] |
| FUTA | | 42.00 |
| FICA | 220.53 | 3,292.45 |
| MEDI | 51.58 | 770.01 |
| SUTA:PA | | 382.00 |
| **Total** | **453.85** | **6,614.60** |

**Accruals**

| | | Accrued | Taken | Bal. | Sch. | Accrue Rate |
|---|---|---|---|---|---|---|
| PFT | Hrs: | 0.00 | 8.00 | -8.00 | 0.00 | 0/Yearly |
| PTO Carryov | Hrs: | 0.00 | 0.00 | 0.00 | 0.00 | 0/Monthly |

**Information & Announcements**

In accordance with CA and AZ state law, you are informed that you have no fewer than 3 sick days available to you which is included in your PTO.

**Tax Allowance Settings**

Federal: Single/Married Filing Sep.
Form W4 2020 And Later: Yes
Two Jobs: No
Claim Dependent: $0.00
Deduction: $0.00
Other Income: $0.00
Pennsylvania: Allowances: 0

Paragonix Technologies Inc. 950 Winter Street, Waltham, MA 02451 1 of 2

**Paragonix Technologies Inc.**
950 Winter Street
Waltham, MA 02451

| **Pay Date:** | **07/17/2026** |
|---|---|
| **Voucher #:** | **(510937)** |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Gail Cooper | 1 | Checking | X | | 300.00 |
| | 2 | Checking | | | 2,214.92 |
| | | | | | 2,514.92 |

Paragonix Te/2700000012 728704 07/17/2026 (510937)

**Gail Cooper**
1049 Temple Road
Monaca, PA 15061

**Non-Negotiable - This Is Not A Check**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| C68 | 025896 | 140000 | | 0000270077 |

# Earnings Statement

Preferred Home Health Care

*PREFERRED HOME HEALTH CARE*
*1030 BROAD ST., STE 100*
*SHRESBURY NJ 07702*

Period Beginning: 06/21/2026
Period Ending: 06/27/2026
Pay Date: 07/02/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

**GAIL COOPER**
**1049 TEMPLE ROAD**
**MONACA PA 15061**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Orientation | 15.0000 | 1.00 | 15.00 | 51.00 |
| Orientation | 18.0000 | 2.00 | 36.00 | |
| Gross Pay | | | $51.00 | 51.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -3.16 | 3.16 |
| | Medicare Tax | -0.74 | 0.74 |
| | PA State Income Tax | -1.57 | 1.57 |
| | Mccandless T Income Tax | -0.51 | 0.51 |
| | Mccandless T Local Svc Tax | -1.00 | 1.00 |
| | PA SUI Tax | -0.04 | 0.04 |
| | Net Pay | $43.98 | |
| | Checking | -43.98 | |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $51.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 3.00 | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 732-443-8100

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

Preferred Home Health Care

PREFERRED HOME HEALTH CARE
1030 BROAD ST., STE 100
SHRESBURY NJ 07702

**Advice number:** 00000270077
Pay date: 07/02/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GAIL COOPER | | XXXX XXXX | $43.98 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO. C68 FILE 025896 DEPT. 140000 CLOCK VCHR. NO. 0000280071

# Earnings Statement

ADP

Preferred Home Health Care

PREFERRED HOME HEALTH CARE
1030 BROAD ST., STE 100
SHRESBURY NJ 07702

Period Beginning: 06/28/2026
Period Ending: 07/04/2026
Pay Date: 07/09/2026

GAIL COOPER
1049 TEMPLE ROAD
MONACA PA 15061

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.0000 | 17.00 | 612.00 | 612.00 |
| HOLIDAY 1.5 | 54.0000 | 7.00 | 378.00 | 378.00 |
| Orientation | | | | 51.00 |
| Gross Pay | | | $990.00 | 1,041.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -132 .90 | 132.90 |
| | Social Security Tax | -61 .38 | 64.54 |
| | Medicare Tax | -14 .35 | 15.09 |
| | PA State Income Tax | -30 .39 | 31.96 |
| | Mccandless T Income Tax | -9 .90 | 10.41 |
| | Mccandless T Local Svc Tax | -1 .00 | 2.00 |
| | PA SUI Tax | -0 .69 | 0.73 |
| | Net Pay | $739.39 | |
| | Checking | -739 .39 | |
| | Net Check | $0.00 | |

Your federal taxable wages this period are $990.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 24.00 | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 732-443-8100

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

Preferred Home Health Care

PREFERRED HOME HEALTH CARE
1030 BROAD ST., STE 100
SHRESBURY NJ 07702

Advice number: 00000280071
Pay date: 07/09/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GAIL COOPER | X | XXXX XXXX | $739.39 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| C68 | 025896 | 140000 | | 00002[illegible] |

# Earnings Statement

ADP

Preferred Home Health Care

*PREFERRED HOME HEALTH CARE*
*1030 BROAD ST., STE 100*
*SHRESBURY NJ 07702*

Period Beginning: 07/05/2026
Period Ending: 07/11/2026
Pay Date: 07/16/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

**GAIL COOPER**
**1049 TEMPLE ROAD**
**MONACA PA 15061**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.0000 | 8.00 | 288.00 | 900.00 |
| Orientation | 15.0000 | 1.00 | 15.00 | 102.00 |
| Orientation | 18.0000 | 2.00 | 36.00 | |
| HOLIDAY 1.5 | | | | 378.00 |
| **Gross Pay** | | | **$339.00** | 1,380.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -19.72 | 152.62 |
| | Social Security Tax | -21.02 | 85.56 |
| | Medicare Tax | -4.92 | 20.01 |
| | PA State Income Tax | -10.41 | 42.37 |
| | Mccandless T Income Tax | -3.39 | 13.80 |
| | Mccandless T Local Svc Tax | -1.00 | 3.00 |
| | PA SUI Tax | -0.24 | 0.97 |
| | **Net Pay** | **$278.30** | |
| | Checking | -278.30 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $339.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 11.00 | |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 732-443-8100

BASIS OF PAY: HOURLY

© 2000 ADP, Inc.

Preferred Home Health Care

PREFERRED HOME HEALTH CARE
1030 BROAD ST., STE 100
SHRESBURY NJ 07702

**Advice number:** 00000290083
Pay date: 07/16/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| GAIL COOPER | XX[illegible] | XXXX XXXX | $278.30 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**