IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **Gail M. Cooper** Debtor | : | Bankruptcy No. **26-22022** |
| | : | Chapter **13** |
| **Gail M. Cooper** Movant | : | Related to Document No. |
| v. | : | |
| No Respondent | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, **Daniel Foster**, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors'names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Daniel Foster**
Signature
**Daniel Foster**
Typed Name
**1210 Park Avenue**
**Meadville, PA 16335**
Address
**814-724-1165 Fax:814-724-1158**
Phone No.
**PA 92376 PA**
List Bar I.D. and State of Admission

Affirm, Inc
650 California St, Fl 12
San Francisco, CA 94108

Afterpay US, Inc
PO Box 328
San Francisco, CA 94104

Klarna
629 North High Street
Floor 3
Columbus, OH 43215-2929