**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY CASE NO. 26-22022-GLT** |
| | : | |
| **Gail M. Cooper,** | : | **CHAPTER 13** |
| **Debtor,** | : | |
| _________________________________ | : | **RELATED TO DOCKET NO.: 30** |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Amendment to Schedule F** that was filed on October 7, 2026, Order and the Notice of 341 Hearing by First-Class Mail, U.S. Postage Paid on all affected parties listed below.

Executed on: October 8, 2026

*By: /s/ Caitlyn Campbell*

Caitlyn Campbell, PARALEGAL
FOSTER LAW OFFICES, LLC
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

**MATRIX**

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

Affirm, Inc
650 California St, Fl 12
San Francisco, CA 94108
*Service via US Mail*

Afterpay US, Inc
PO Box 328
San Francisco, CA 94104
*Service via US Mail*

Klarna
629 North High Street
Floor 3
Columbus, OH 43215-2929
*Service via US Mail*

Gail M. Cooper
1049 Temple Road
Monaca, PA 15061
*Service via US Mail*